IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY B. DELONEY,

        Plaintiff,                              No. CIV S-09-0757 JAM DAD P

    vs.

PAULA J. HENSLEY,

        Defendant.                          <u>ORDER</u>

         Plaintiff, currently confined at the Solano County Jail, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In accordance with this court's March 25, 2009 order, plaintiff has also filed an application to proceed in forma pauperis.

         Plaintiff has not signed his civil rights complaint or his application to proceed in forma pauperis. Plaintiff is advised that he must sign both of these documents to proceed in this action. Good cause appearing, the court will direct the Clerk of the Court to send plaintiff a copy of his complaint and a copy of his application to proceed in forma pauperis. If plaintiff wishes to proceed in this action, he will be required to sign both documents and return them to the court within thirty days of the date of service of this order.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of his civil rights complaint (Doc. No. 1) and his application to proceed in forma pauperis (Doc. No. 4); and

2. Within thirty days from the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court, together with a signed complaint and a signed application to proceed in forma pauperis. Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: April 22, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
delo0757.sign

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RICKEY B. DELONEY,
11              Plaintiff,             No. CIV S-09-0757 JAM DAD P
12        vs.
13   PAULA J. HENSLEY,                 NOTICE OF SUBMISSION
14              Defendant.             OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18           ____ a signed civil rights complaint.
19           ____ a signed application to proceed in forma pauperis.
20
21   DATED: _____.
22
23                                              _____
                                                Plaintiff
24
25
26
```